

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-87,181-02

**IN RE STEVEN DWAYNE TAYLOR, Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 22,247-2014 IN THE 402ND DISTRICT COURT
### FROM WOOD COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he mailed an application for a writ of habeas corpus to be filed in the 402nd District Court of Wood County, and that it was returned to him because a writ had already been filed in this cause number.

Respondent, the District Clerk of Wood County, affirms that a writ application was received between July 5, 2017 and August 10, 2017, and was mistakenly returned to Relator as a duplicate.

The Respondent is not currently in violation of any ministerial duty. Relator's motion for leave to file is denied. Should Relator file an Article 11.07 application for writ of habeas corpus in

the future, the District Clerk shall accept and file it. TEX. R. APP. P. 73.4(a).

Filed: October 23, 2019
Do not publish